1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2
3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division
4 | C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
5
6 | 450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6758
7
8 | Attorneys for Plaintiff

**FILED**

NOV 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,       )   Criminal No. CR 3-06-70738 EMC
13 |        Plaintiff,              )
                                    )
14 |                                )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER EXCLUDING TIME
15 |   v.                           )
                                    )
16 |                                )
    CARLOS NUNEZ PEREZ,             )
17 |                                )
          Defendant.                )
18 | _____ )

19
20 | The above-captioned matter came before the Court on November 21, 2006, for
21 | detention hearing in United States Magistrate Court.  The defendant was represented by
22 | Steven Kalar, Federal Public Defender, and the government was represented by Philip
23 | Kearney, Assistant United States Attorney.  The case was continued for preliminary
24 | hearing to December 13, 2006, at 9:30 a.m. The Court made a finding on the record that
25 | the time between November 21, 2006, and December 13, 2006, should be excluded under
26 | both the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), and Rule 5, because the ends of
27 | justice served by taking such action outweighed the best interest of the public and the
28

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3-06-70738 EMC**

defendant in a speedy trial. That finding was based on the defendant's request to join with his alleged co-perpetrators, and to insure the effective preparation of counsel. Counsel for the defendant indicated a need for additional time to adequately prepare the matter, taking into account the exercise of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until December 13, 2006 at 9:30 a.m., and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:    11/21/06

/S/
STEVEN KALAR, ESQ.
Counsel for DEFENDANT

DATED:    11/21/06

/S/
PHILIP J. KEARNEY
Assistant United States Attorney

It is so ordered.
DATED:  11/22/06

EDWARD M. CHEN
UNITED STATES MAGISTRATE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3-06-70738 EMC                                    2